IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **REUBEN CHARLES JONES,** | ) | CASE NO. 7:12CV00514 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| | ) | |
| **W. T. DRAKE, *ET AL.*,** | ) | By:  Robert S. Ballou |
| | ) | United States Magistrate Judge |
| **Defendants.** | ) | |

For reasons stated in the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

as follows:

1. Plaintiff's motions to strike (ECF Nos. 73, 74, & 77) are **DENIED**;

2. Defendants' motion to dismiss (ECF No. 55) is **DISMISSED** as moot;

3. Defendants' motions for summary judgment (ECF Nos. 41 & 55) are **GRANTED** on the ground of qualified immunity, and plaintiff's complaint as amended is **DISMISSED** with prejudice; and

4. This action is stricken from the active docket of the court.

Enter:  January 13, 2014

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge